UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA PEREZ DOWLING,

Plaintiff,

-against-

AMAZON.COM, INC.,

Defendant.

26-CV-9907 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

On July 9, 2026, Plaintiff was barred from filing any new action *in forma pauperis* ("IFP") without first obtaining from the court leave to file. *See Perez v. U.S. Treasury Inspector Gen.*, No. 26-CV-4161 (S.D.N.Y. July 9, 2026) (LLS). The court issued this filing injunction because of Plaintiff's pattern of filing frivolous litigation and litigation which has no connection to this district. *Id.* Plaintiff submits this new civil action and, because she has not paid the fees or filed an IFP application, the Court understands that she seeks to proceed IFP. Plaintiff has not sought leave to file from the court. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the July 9, 2026 bar order.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter judgment dismissing this action.

SO ORDERED.

Dated: November 17, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge